AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Foulkes)     C&W # 17-003

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>William Peterman<br><br>*Defendant(s)* | )<br>)<br>) Case No. 17-54-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 10, 2017** in the county of **Berks** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 871(a) | Threat to kill the President of the United States |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Laura Backner, US Secret Service Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 13, 2017

_____
*Judge's signature*

City and state: Philadelphia, PA     Marilyn Heffley, US Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

LAURA BACKNER, being duly sworn, states the following under oath:

1. I am a Special Agent with the United States Secret Service and have been so employed for fifteen years, since December 17, 2001. I am currently assigned to the Philadelphia Field Office, Philadelphia, Pennsylvania. Among my duties is the investigation of threats to the President of the United States and other public officials. The information set forth in this affidavit is from my own investigation and information obtained by me from the target, WILLIAM PETERMAN, other law enforcement personnel, and Facebook, and is true to the best of my knowledge, information, and belief.

2. This affidavit is in support of an application for a complaint and warrant for the arrest of WILLIAM PETERMAN.

3. Based upon the statements contained in this affidavit, I have probable cause to believe that WILLIAM PETERMAN threatened to kill the President of the United States, Barack Hussein Obama, on or about January 10, 2017, in violation of Title 18, United States Code, Section 871(a).

4. On or about January 12, 2017, your affiant confronted WILLIAM PETERMAN at the Burlington County Jail. I read the *Miranda* warnings to PETERMAN, allowed him to read the warnings from a printed sheet, and then discussed the warnings with him. Afterwards, PETERMAN agreed to waive his *Miranda* warnings and discuss his recent posting on his Facebook page. PETERMAN confirmed that he authored a threat to kill the President of the United States that was posted to his Facebook

account on or about January 10, 2017 at 3:15 a.m., while PETERMAN was staying at a hotel in Reading, Pennsylvania. See Exhibit A.

5. WILLIAM PETERMAN provided your affiant with an oral statement and your affiant recorded his comments verbatim, which included: "I typed the words and posted them. He wronged me (Obama). He got sex for himself." Referring to a speech that President Obama delivered on or about the evening of January 10, 2017, PETERMAN stated that in that speech, President Obama said to PETERMAN, "Will, I fucked her." PETERMAN interpreted President Obama's alleged statement to mean that President Obama had engaged in sexual intercourse with PETERMAN's alleged fiancé. Therefore, President Obama had given PETERMAN "permission to kill him."

6. Your affiant obtained confirmation from Econo Lodge, 2310 Fraver Drive, Reading, PA, that WILLIAM PETERMAN stayed overnight at that hotel on January 10, 2017.

7. On or about January 12, 2017, at approximately 1:00 p.m., WILLIAM PETERMAN, while either in the Eastern District of Pennsylvania or the District of New Jersey, posted another threat to kill the President of the United States on his Facebook page. See Exhibits B and C.

8. Based on my training and experience and discussions with other agents involved in this investigation, I believe that on or about January 10, 2017, WILLIAM PETERMAN knowingly and willfully made a threat to kill the President of the United States, in violation of Title 18, United States Code, Section 871(a).

9. Accordingly, your affiant requests the issuance of a Complaint charging this offense and a warrant for the arrest of WILLIAM PETERMAN.

Because this investigation is ongoing, I respectfully request that this affidavit and related documents be sealed until further notice by the Court.

*[signature]*
LAURA BACKNER
Special Agent
United States Secret Service

Sworn and subscribed before me
this **13TH** day of January 2017

BY THE COURT:

*[signature]*
HONORABLE MARILYN HEFFLEY
United States Magistrate Judge

# EXHIBIT A

 **Friends** · Nothing to show

**POSTS**

 **William Peterman**
Just now ·

President \ Expresident \ nonformer President Barack Hussein Obama, II; I will kill you. Because abuse by duress, statutory rape \ sexual assault, and repeated 'obligation' yours to prefell or to fell later by prior sin against mine not confessed rather attempted to be fed is violation against Mine.
You deserve nothing.
WilliamPeterman,junior

 Like    Comment    Share

 William Peterman

# EXHIBIT B



**DO YOU KNOW WILLIAM?**

To see what he shares with friends, send him a friend request. Request Sent.

 Intro

Beaufort SC 29906

- Studied at The College of New Jersey
- Went to Shawnee High School
- From East Norriton, Pennsylvania



William Peterman
6 hrs





Photos



Friends · 3



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More ·

Facebook © 2017

President \ Exp-resident \ non-former president Barack Hussein Obama II:
I will kill you.

Special threat to a President for attempting to prefall in to tell later by prior truth against a statesperson, statutory rape\adultery, and abuse by forces. We very much served by believing that permission was given by commanding officer Richard Benjamin Ott, he said, last December, and knew it



William Peterman
6 hrs · 

Why do you make something contingent on another living person?

👍 Like   Show more reactions   💬 Comment   ↪ Share
Comments

 Write a comment...

Press Enter to post

See More Recent Stories ▼

Earlier in 2016
2015
2014
2013
2012

# EXHIBIT C

President / Expresident / ex-former president Barack Hussain Obama, "I;

I will kill you.

Posed threat to a President to shoot or kill him and communicating officer Richard Benjamin Otto would have witnessed this threatening by pure voice, since he was not cured by "hospital elder Luntaleta's, psychiatric chairs and Shakespeare's "expertise" by sorts to tell to pretell or protell to protected by

"I've never, no inspired, also "I will all mourning Richard Benjamin Otto would have witnessed this threat he decides ..."
"I've never Anyone [him] ever, never in all ..."
 Bill Did you ever ask me "Bill [have] that were have been ever saying "Why did I say you?"
 "I say I have …
 CPR in the team …

 Did you ever really through to send yourself never ever assassinate this one to prevent to through your ever
 ... of hurts
[mutual] [s] [when your self]

 please you
 to prevent the Bill to really yourself by calling my related on this
 please you

