IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| WILLIAM PETERMAN, JR. | : | VIOLATION:<br>18 U.S.C. § 871(a) (threat against the President – 1 count) |
| | : | |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about January 10, 2017, in Reading, in the Eastern District of Pennsylvania and elsewhere, defendant

**WILLIAM PETERMAN, JR.**

knowingly and willfully threatened to kill, and inflict bodily harm upon, the President of the United States, by posting on his Facebook page that he "will kill" President Barack Obama.

In violation of Title 18, United States Code, Section 871(a).

A TRUE BILL:

_____
**GRAND JURY FOREPERSON**

*[signature]*

**LOUIS D. LAPPEN**
**ACTING UNITED STATES ATTORNEY**